JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10 BRUCE M.,                                    Case No. CV 18-5271-KK
11                          Plaintiff,
12            v.                                JUDGMENT
13 NANCY A. BERRYHILL, Acting
   Commissioner of Social Security,
14
15                          Defendant.
16
17        Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the
18 decision of the Commissioner of the Social Security Administration is REVERSED,
19 and this action is REMANDED for further administrative proceedings.
20
21 Dated: March 18, 2019
22                                             _____
                                               HONORABLE KENLY KIYA KATO
23                                             United States Magistrate Judge
24
25
26
27
28